EXHIBIT 2

8/26/2021 Lawrence Technological University Mail - Fwd: Prof. Shaefer's Accommodation Request

Case 2:23-cv-10939-JJCG-EAS ECF No. 1-2, PageID.36 Filed 04/21/23 Page 2 of 4



Joy Schaefer <jschaefer@ltu.edu>

## Fwd: Prof. Shaefer's Accommodation Request.

**Jason Barrett** <jbarrett@ltu.edu>  Tue, Aug 24, 2021 at 12:43 PM
To: Joy Schaefer <jschaefer@ltu.edu>

Hi Joy. Please see Dr. Sobh's note below. Let's chat on Zoom or a separate thread.

Best,

---------- Forwarded message ---------
From: **Tarek Sobh** <tsobh@ltu.edu>
Date: Tue, Aug 24, 2021 at 12:34 PM
Subject: Prof. Shaefer's Accommodation Request.
To: Jason Barrett <jbarrett@ltu.edu>
Cc: Tarek Sobh <tsobh@ltu.edu>, Glen Bauer <gbauer@ltu.edu>, Srinivas Kambhampati <skambhamp@ltu.edu>, Deshawn Johnson <djohnson@ltu.edu>

Dear Jason,

I hope all is well and happy new semester.

It came to my attention that there is an approved accommodation request for Prof. Shaefer for this current academic year (please find attached).

When I signed this request in March 2021, I was under the impression that this request is for the summer 2021 session and I signed it accordingly. Unfortunately, I did not notice that the request was made for this current academic year.

Needless to say, no accommodation request for any academic staff/Faculty was approved (or was actually requested by any Faculty) for this academic year as we are operationally in-person. Thus, this accommodation request is thereby rescinded and Prof. Shaefer is expected to conduct her classes in person.

Thanks in advance and best wishes,

---

**Tarek M. Sobh, Ph.D., P.E.**

**Provost**

**Professor of Electrical and Computer Engineering**

**Lawrence Technological University**

Distinguished Professor and Dean of Engineering Emeritus

University of Bridgeport

Fellow, African Academy of Sciences
Member, The Connecticut Academy of Science and Engineering

**Email:**   tsobh@ltu.edu

**Phone:**   +1 (203) 685-4189

**Web:**   http://tareksobh.org

**Address:**

Office of the Provost

Lawrence Technological University

21000 West 10 Mile Rd.

Southfield, Michigan 48075

U.S.A.

---

--
Jason M Barrett, PhD
Associate Professor of History
Humanities Department Chair
Lawrence Technological University



**image1.png**
72K