# EXHIBIT 3



Joy Schaefer <jschaefer@ltu.edu>

## Fwd: Prof. Shaefer's Accommodation Request.

**Deshawn Johnson** <djohnson@ltu.edu>	Fri, Sep 17, 2021 at 4:33 PM
To: Joy Schaefer <jschaefer@ltu.edu>
Cc: Michele Moss <mmoss@ltu.edu>, Carolyn Bogerty <cbogerty@ltu.edu>

Dr. Schaefer,

My apologies for the delayed response. It was HR's understanding that Dean Kambhampti would give you an update on this matter, per a meeting held with him on Aug. 26.

Your ADA Accommodation that was rescinded by Provost Sobh has been reinstated (approved). In other words, your ADA Accommodation is reinstated for 2021-2020 academic year.

Let me know if you have any other questions or concerns.

Deshawn Johnson
[Quoted text hidden]
--
Deshawn Johnson, PHR, SHRM-CP, CPC, ELI-MP
Associate Vice President and Chief Human Resources Officer
Lawrence Technological University | Office of Human Resources
21000 West Ten Mile Road | Southfield, MI 48075 | 248.204.2117 p | 248.204.2118 f
djohnson@ltu.edu | www.ltu.edu

Confidentiality Notice:  This message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. If you are not the intended recipient(s), you are hereby notified that any dissemination, unauthorized review, use, disclosure or distribution of this email and any materials contained in any attachments is prohibited.  If you received this message in error, or are not the intended recipient(s), please immediately notify the sender by email and destroy all copies of the original message, including attachments.