EXHIBIT 4



Joy Schaefer <jschaefer@ltu.edu>

## Senior lecturer position

**Srinivas Kambhampati** <skambhamp@ltu.edu>  Fri, Dec 17, 2021 at 4:03 PM
To: Joy Schaefer <jschaefer@ltu.edu>
Cc: Jim Jolly <jjolly@ltu.edu>, Tarek Sobh <tsobh@ltu.edu>, Jason Barrett <jbarrett@ltu.edu>

Dear Joy,

I regret to inform you that your contract for full-time employment will not be renewed for the 2022-2023 academic year. At this time, your position as Senior Lecturer is filling a line dedicated to a full-time tenure-track position. LTU is making an effort to hire tenure-track faculty to fill dedicated tenure-track lines in the College of Arts and Sciences. Efforts to hire faculty for these tenure-track positions will begin in the spring of 2022 with anticipated hiring for the Fall 2022 semester.

LTU has a policy of informing its full-time faculty in December of the preceding year if there is a chance the contract will not be renewed for the next year to allow you the time to plan appropriately.

I wish you the very best in your future endeavors and thank you for your service to LTU.

Best regards.

Srini

Srini Kambhampati, Ph.D.
Dean, College of Arts and Sciences
Professor of Biology
Lawrence Technological University
21000 West Ten Mile Road
Southfield, MI 48075
Tel: (248) 204-3505; email: skambhamp@ltu.edu