UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Joy Schaefer,

        Plaintiff(s),

v.                  Case No. 2:23−cv−10939−JJCG−EAS
                       Hon. Jonathan J.C. Grey

Lawrence Technological
University, et al.,

        Defendant(s),

### ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that this matter is referred to U.S. Magistrate Judge Stafford pursuant to 28 U.S.C. § 636(b)(3), for the following purpose(s):

- **Conduct settlement conference**

**ADDITIONAL INFORMATION:** Settlement Conference to be held before Magistrate Judge Stafford on her next available date.

                   s/Jonathan J.C. Grey
                   Jonathan J.C. Grey
                   United States District Judge

### Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                   s/Sandra A Osorio
                   Case Manager

Dated: July 29, 2024