# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JOY SCHAEFER,

    Plaintiff,

v.

LAWRENCE TECHNOLOGICAL UNIVERSITY, and LAWRENCE TECHNOLOGICAL UNIVERSITY BOARD OF TRUSTEES,

    Defendants.

Case No. 23-10939
Hon. Jonathan J.C. Grey
Mag. Judge Elizabeth A. Stafford

_____/

| | |
|---|---|
| Matthew J. Clark (P76690)<br>Emily G. Emerson (P84654)<br>Gregory, Moore, Brooks & Clark, P.C.<br>*Attorneys for Plaintiff*<br>28 West Adams Avenue, Suite 300<br>Detroit, MI  48226<br>(313) 964-5600<br>matt@unionlaw.net<br>emily@unionlaw.net | David R. Deromedi (P42093)<br>DICKINSON WRIGHT PLLC<br>*Attorneys for Defendant*<br>500 Woodward Avenue, Suite 4000<br>Detroit, MI  48226<br>(313) 223-3500<br>dderomedi@dickinsonwright.com |

_____/

## STIPULATED ORDER OF DISMISSAL
## WITH PREJUDICE AND WITHOUT COSTS

Plaintiff Joy Schaefer and Defendants Lawrence Technological University and Lawrence Technological University's Board of Trustees, by and through their undersigned counsel of record, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate that all of Schaefer's claims are **DISMISSED WITH PREJUDICE**.  Each party shall bear its own costs.

This Order is a final order that closes the case.

SO ORDERED.

|  |  |
|---|---|
|  | <u>s/Jonathan J.C. Grey</u> |
|  | Jonathan J.C. Grey |
| Date: March 11, 2025 | United States District Judge |

STIPULATED AND AGREED TO BY:

| GREGORY, MOORE, BROOKS & CLARK, P.C. | DICKINSON WRIGHT PLLC |
|---|---|
| By: <u>/s/ Matthew J. Clark (w/consent)</u> | By: <u>David R. Deromedi</u> |
| Matthew J. Clark (P76690) | David R. Deromedi (P42093) |
| Emily G. Emerson (P84654) | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | 500 Woodward Avenue, Suite 4000 |
| 28 West Adams Avenue, Suite 300 | Detroit, MI  48226 |
| Detroit, MI  48226 | (313) 223-3500 |
| (313) 964-5600 | dderomedi@dickinsonwright.com |
| matt@unionlaw.net |  |
| emily@unionlaw.net |  |
| Dated:  March 7, 2025 | Dated:  March 7, 2025 |

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 11, 2025.

<u>**s/ S. Osorio**</u>
Sandra Osorio
Case Manager